AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. MJ-24- 326 -SM
United States Postal Service Priority Mail parcel )
originating in San Leandro, California, identified by )
tracking number 9505 5128 9617 4092 7686 64 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the ___Western___ District of ___Oklahoma___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1716 | Injurious articles as nonmailable |

The application is based on these facts:

See attached Affidavit, which is incorporated by reference herein.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Brian Hess, United States Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/12/24

_____
*Judge's signature*

City and state: Oklahoma City, Oklahoma

Suzanne Mitchell, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

IN THE MATTER OF THE            )
SEARCH OF UNITED STATES         )
POSTAL SERVICE PRIORITY         )
MAIL PARCEL ORIGINATING IN      )   M-24- 326-SM
SAN LEANDRO, CALIFORNIA,        )       Filed Under Seal
IDENTIFIED BY TRACKING          )
NUMBER 9505 5128 9617 4092      )
7686 64                         )

AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT

I, Brian Hess, being duly sworn, do hereby depose and state:

INTRODUCTION AND AGENT BACKGROUND

1. I am a Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since January 2013. I am currently assigned to the Fort Worth Division of the USPIS domiciled in Oklahoma City, Oklahoma. I am responsible for conducting investigations of crimes against the United States Mail in violation of federal law(s). My duties include the investigation of illegal mailings and the receipt of controlled substances, possession of which violates Title 18, United States Code, Section 1716, Title 21, United States Code, Sections 841(a)(1) and or 846.

2. Prior to working for the USPIS, I was employed as an agent with the Oklahoma State Bureau of Narcotics and Dangerous Drugs (OBNDD) from August 2007 to January 2013. During my employment with the OBNDD, I completed numerous

continuing education courses to include the Oklahoma Bureau of Narcotics Drug Investigator's Course and the Oklahoma Bureau of Narcotics Clandestine Laboratory Certification. In December 2011, I was certified as a single purpose narcotics K9 handler where I worked as a member of the OBNDD Interdiction Unit. I have participated in over three hundred (300) controlled-substance investigations including those for methamphetamine, marijuana, cocaine hydrochloride, cocaine base, heroin, ecstasy, and prescription narcotics. Those investigations related to the possession for sale, possession for personal use, distribution, transportation, trafficking, manufacturing, or cultivation of controlled substances.

3. Additionally, I have received training on the investigation of dangerous and prohibited mailings, namely, controlled substance investigations, as part of my employment with the USPIS. I have completed the USPIS basic and advanced Contraband Interdiction & Investigations courses. I have participated in regional USPIS interdictions located in Seattle, WA; Sacramento, CA; Fresno, CA; Oakland, CA; San Francisco, CA; and Hawaii. These activities focused on intercepting/investigating controlled-substances and or bulk cash shipments related to illicit drug distribution activities. I have assisted other United States Postal Inspectors and acted as the Affiant for the application and execution of federal search warrants to open and seize contraband, fruits, instrumentalities, and evidence of crimes that were sent via the U.S. Mail. Furthermore, over the course of my law enforcement career, I have received over 1,000 hours of law enforcement continuing education instruction provided by the USPIS, the

Drug Enforcement Administration, the Bureau of Alcohol Tobacco and Firearms, the OBNDD, and other state and local law enforcement agencies. I have received law enforcement awards/recognitions including an Honorable Mention from the National Association of Police Organizations, an award for Heroism by the Federal Law Enforcement Officers' Association, and the Federal Law Enforcement Congressional Badge of Bravery.

4. This Affidavit is based upon the Affiant's personal investigation and upon information received from other law enforcement officers and agents and may not be inclusive of all evidence or information available or of all facts known to me relative to this investigation. Rather, I have included facts which are necessary to establish probable cause that the parcel described herein contains injurious articles which are nonmailable. This affidavit is made in support of an application for a search warrant to search and seize contraband, fruits, instrumentalities, and evidence of crimes against the United States in violation of 18 U.S.C. 1716 from a United States Postal Service (USPS) Priority Mail parcel originating in the city of San Leandro, California. It is more specifically described as a sealed USPS Priority Mail parcel measuring approximately 12.25" x 12" x 6", identified by tracking number 9505 5128 9617 4092 7686 64, from Zip Code 94579, weighing approximately 11 pounds 15.2 ounces, postmarked April 1, 2024. The parcel's return address is "Wen" at "1227 Purdue ST San Leandro. CA. 94579.". The parcel's addressee is Yongjin Jiang at "1971 Bristol Rd. Wilson. OK. 73463.". The parcel is currently located at the United States Postal Inspection Service Domicile in Oklahoma

City, Oklahoma (6500 Air Cargo Road, Oklahoma City, Oklahoma: Western District of Oklahoma).

5. I am aware through training and experience, as well as information from other Postal Inspectors with extensive experience in drug trafficking investigations, that the United States Mail is a common and preferred method for drug traffickers to ship their product. United States Express Mail and Priority Mail are frequently used by drug dealers for not only shipping illegal drugs, but also for shipping the proceeds and money from illegal drug sales and purchases. Use of the United States Mail is favored because of the speed, reliability, and low cost of this service, as well as the perceived minimal chance of detection of illegal drugs, money, or financial instruments shipped in such a manner.

6. I am also aware that drug traffickers often use fictitious return addresses and names on return addresses, as well as real names and real addresses, with or without the actual person's knowledge or consent, to avoid detection in the event the parcel is intercepted by law enforcement officers. Parcels containing controlled substances often provide minimal information on the mailing label to avoid detection of a fictitious name or return address. Traffickers normally use heavy tape on the seams and corners of a parcel and have been known to use sealed containers and masking scents to interfere with any drug detection canine's ability to detect the drugs. It is common for traffickers to mail parcels from a different post office than the one located in the zip code area used on the return address, also to avoid detection of fictitious information. These same indicators/practices utilized by drug traffickers to ship their contraband are also

4

commonly utilized by other individuals engaged in shipping illicit items; all to attempt to avoid detection by law enforcement.

## PROBABLE CAUSE

7. Beginning around March 2024, an analyst assigned to the United States Postal Inspection Service (USPIS) in Oklahoma City, identified records of mailings originating in San Leandro, California, which were destined to multiple addresses across Oklahoma. Parcel records listed similar characteristics for each of these parcels including weights between approximately 9 lbs. – 12 lbs., being sent via USPS Priority Mail, postage paid in cash, and all sent from San Leandro, California. Follow-up record reviews identified nine separate addresses in Oklahoma had received a total of 32 similar parcels between June 2023 – March 2024. Of the 32 parcels identified, 11 parcel images which had been captured as part of normal USPS business records, were located, and reviewed. All 11 parcel images confirmed the mailer(s) had used the same sender's name of "May" with a return address of "15000 Costella ST San Leandro CA 94579." All the images showed the parcels utilized a rectangular paper affixed to the box to list the hand-written label information. Some of the parcel images displayed bulging parcel contents.

8. On April 2, 2024, I was notified of two inbound Priority Mail parcels which appeared related to the previous mailings based on similar parcel characteristics. The inbound parcels were identified by USPS tracking numbers 9505 5128 9617 4092 7686 88 (SUBJECT PARCEL #1) and 9505 5128 9617 4092 7686 64 (SUBJECT PARCEL #2). Both parcels were destined to 1971 Bristol Rd., Wilson, Oklahoma. This address

had received one prior parcel with the above listed indicators; however, a previous parcel image of that mailing was not available for review.

9. On April 3, 2024, I conducted a follow-up review of USPS records which identified both SUBJECT PARCELS as being located at the Oklahoma City USPS Processing & Distribution Center. I responded to the facility and located both parcels. I transported the parcels to the USPIS Oklahoma City Domicile where they were secured pending further investigation. I observed Priority Mail parcel 9505 5128 9617 4092 7686 88 (SUBJECT PARCEL #1) had sustained damage during shipping which left a small hole in the side of the outer cardboard package. The hole partially revealed the contents which included silver packaging with a flat heat-sealed edge. I observed both SUBJECT PARCELS felt dense given their size/weight and both contained contents which caused the packages to bulge outward.

10. SUBJECT PARCELS #1 and #2 each had hand-written label information and were mailed from a zip code in San Leandro, California. The label for each parcel consisted of a white rectangular sheet of paper affixed to the box which was consistent with the previously identified parcels notated above.

11. SUBJECT PARCELS #1 and #2 each consisted of a white cardboard USPS box with packaging tape on the seams. USPS records indicated both parcels were paid for with cash as part of the same transaction. Cash payments are frequently utilized to cover the cost of postage as an added layer of anonymity for the mailer in the event the parcel is located/intercepted by law enforcement. SUBJECT PARCELS #1 and #2 listed

the same hand-written label information for the sender and recipient.

12. I conducted computer database address verifications on the parcels, and the databases indicated the return address of "1227 Purdue ST San Leandro. CA. 94579" as listed on the parcel, is a valid return address. Utilizing CLEAR, a law enforcement accessible database which searches public and proprietary records, the sender's name, "Wen" was not able to be associated with the listed return address. CLEAR did associate multiple people with the return address including a recent association for Xiumei Ruan. On April 3, 2024, utilizing a contact phone number listed for Ruan, I attempted to speak with him regarding the parcels. Ruan denied any affiliation with the mailings; however, there was a significant language barrier preventing the additional dissemination of information.

13. I also checked databases for records of the destination address on the parcel. The databases indicated the delivery address of "1971 Bristol Rd. Wilson, OK. 73463." as listed on the parcel, is a valid address according to the USPS website. Utilizing the CLEAR database, I was unable to associate the listed recipient, "Yongjin Jiang," with the destination address. I did locate a recently active USPS account registered to the address and listed in the name, "Zan Li." The USPS account listed a phone number for Li. On April 3, 2024, I contacted Li telephonically and spoke with him regarding the parcels. Li confirmed being associated with the destination address and that the address maintained several employees. Li denied knowing any employees or individuals affiliated with the destination address who may be utilizing the recipient's name,

7

Yongjin Jiang. Li advised he would check with the employees if they were expecting packages and then call me back. To date, I have not received any returned phone calls regarding the packages.

14. On April 3, 2024, USPS tracking scans were updated on the SUBJECT PARCELS identifying them as held pending mailability determination. If a USPS customer conducted a tracking inquiry as to either parcel, the inquiry would identify this "held" status. To date, the USPIS Oklahoma City Office has not received any direct inquiries and has not been contacted by USPS Customer Service regarding the packages or their status.

15. On April 4, 2024, I was contacted by USPIS San Diego-based Inspector S. Simons regarding packages originating from San Leandro, California. Inspector Simons advised he had been in contact with California law enforcement officers who had been conducting investigations regarding the suspected shipment of prohibited foreign pesticides used in marijuana grow operations. Inspector Simons specifically identified the return address of interest as 15000 Costela Street, San Leandro, California 94579. Inspector Simons advised he would obtain additional information from the local investigators regarding their on-going investigation.

16. On April 9, 2024, I spoke with and reviewed a law enforcement report from San Diego County Sheriff's Office Detective Zach Harris. Detective Harris is assigned to the Marijuana Enforcement Team. Detective Harris advised he conducted a previous investigation whereby a California state search warrant was served on a marijuana grow

8

operation at 13711 Chaparral Terrace, Valley Center, California, on August 16, 2023. Detective Harris' report identified the site contained 1,223 total marijuana plants weighing 360 pounds. Detective Harris further advised they had located an opened Priority Mail parcel at the grow site. The parcel was identified as a large flat-rate box displaying USPS tracking number 9505 5128 9617 3087 6181 99 (image provided by Detective Harris). The parcel was postmarked March 28, 2023, and listed a weight of 10 lbs. 8 oz. The parcel was mailed from San Leandro, California. A rectangular piece of paper was affixed to the package listing the hand-written label information. The sender was listed as "Mei" with the return address of "15000 Costela ST San Leandro CA 94579. The addressee was listed as Zhiyong Zhong at "2450 Pine Valley Gln. Escondido. CA. 92026.". Detective Harris stated the parcel was addressed to the owner of the marijuana grow site at the owner's Escondido, California, address. Detective Harris stated the parcel contained a silver heat-sealed package displaying a blue typed label written in Chinese. An English notation was also typed on the label stating, "GREENHOUSES FOR PESTICIDES flowering can use" as well as "400g". An image of the label was provided by Detective Harris. I observed the package had a flat heat-sealed edge identical to edge of the silver package observed through the hole of Priority Mail parcel 9505 5128 9617 4092 7686 88 (SUBJECT PARCEL #1).

17. Detective Harris also provided an information guide/presentation which identified it as being produced by the California Environmental Protection Agency. The material listed the title as, "Emerging Chemical Threat Highly Toxic Chinese Labeled

9

Pesticides at Marijuana Grows." The materials referenced various Chinese labeled insecticide fumigant products depicted in various packages including silver heat-sealed packages labeled with green or blue labels bearing a typed message in Chinese writing. The material identified the packages contained individual "saw dust" packets which were soaked/impregnated with multiple toxic pesticides. The material further described the use of these products as being placed in a canister with a wick, positioned in a grow, and then burned as a "fumigant can."

18. The presentation materials identified the silver packages with the blue typed labels as being found to contain chemicals including but not limited to: Fenpropathrin (cited as Pyrethroid Pesticide; CAS #39515-41-8; inhalation, ingestion or skin contact with material may cause severe injury or death), Fenobucarb (cited as Carbamate Pesticide; CAS #3766-81-2; toxic to aquatic life with long lasting effects), Metrifonate (cited as Organophosphate Pesticide; CAS #52-68-6; may cause an allergic skin reaction), and Dichlorvos (Organophosphate Pesticide; CAS # 62-73-7; fatal if inhaled. Toxic chloride fumes and phosgene formed if heated to decomposition). The silver foil packages with a green typed label were listed as being found to contain chemicals including but not limited to: Fenpropathrin (cited as Pyrethroid Pesticide; CAS #39515-41-8; inhalation, ingestion or skin contact with material may cause severe injury or death), Dichlorvos (Organophosphate Pesticide; CAS # 62-73-7; fatal if inhaled. Toxic chloride fumes and phosgene formed if heated to decomposition), and Cypermethrin

(cited as Pyrethroid Pesticide; CAS # 52315-07-8; possible human carcinogen; highly acute toxicity if swallowed or inhaled; may cause respiratory irritation).

19. On April 9, 2024, I conducted a check of the nine Oklahoma destination addresses identified as receiving these similar San Leandro packages, against the Oklahoma Bureau of Narcotics Registration website. Of the nine parcel destinations identified, six addresses were listed on the website's records as being affiliated with a medical marijuana manufacturer either actively or in the past. This includes an active registration listed for Straight Gas Inc., at 1971 Bristol Road, Wilson, Oklahoma. The registration record listed Tay Li as the contact individual.

## AUTHORIZATION REQUESTS

20. Based on the foregoing, I believe there is evidence to show this parcel, as described in paragraph four, was sent via the United States Postal Service in violation of 18 U.S.C. 1716, and I respectfully request a warrant be issued authorizing the United States Postal Inspection Service to search and seize the parcel as described in Attachment A for the items described in Attachment B.

*[Signature]*
BRIAN HESS
United States Postal Inspector
United States Postal Inspection Service

Sworn and subscribed to before me this 12th day of April 2024.

*[Signature]*
SUZANNE MITCHELL
United States Magistrate Judge
Western District of Oklahoma

# ATTACHMENT "A"

SUBJECT PARCEL: a sealed USPS Priority Mail parcel measuring approximately 12.25" x 12" x 6", identified by tracking number 9505 5128 9617 4092 7686 64, from Zip Code 94579, weighing approximately 11 pounds 15.2 ounces, postmarked April 1, 2024. The parcel's return address is "Wen" at "1227 Purdue ST San Leandro. CA. 94579.". The parcel's addressee is Yongjin Jiang at "1971 Bristol Rd. Wilson. OK. 73463.". The parcel is currently located at the United States Postal Inspection Service Domicile in Oklahoma City, Oklahoma (6500 Air Cargo Road, Oklahoma City, Oklahoma: Western District of Oklahoma).



## ATTACHMENT "B"

1. Any injurious articles as nonmailable, as defined in 18 U.S.C. 1716, as well as items of dominion or control inside the parcel;
2. The parcel's outer packaging;
3. Any correspondence, writings, including records and logs of monies owed, customer lists, sources of supply information to include accounts receivable in any medium such as written and/or electronic contained in the parcel; and
4. Any evidence constituting ownership and intent to possess the parcel's contents.